FILED

09/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0473

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 23-0473

| | |
|---|---|
| LEIGH PALMERI, f/k/a LEIGH KRISE,<br><br>Petitioner and Appellee,<br><br>v.<br><br>JEFFERY A. WILLIAMS,<br><br>Respondent and Appellant. | ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF |

Upon the Motion of Respondent and Appellant through counsel, Petitioner and Appellee having no objection thereto, and pursuant to Rule 26(1), Mont. R. App. P.:

IT IS HEREBY ORDERED that Respondent and Appellant is granted a 30-day extension until October 29, 2023, in which to file his Opening Brief.

# CERTIFICATE OF SERVICE

I certify that on this 28th day of September, 2023, a true and correct copy of the

Proposed ORDER GRANTING EXTENSION OF TIME TO FILE OPENING BRIEF

document was sent via

   ☑ electronic mail

   ☑ First-Class Mail

to the following:

Joseph M. Raffiani
Raffiani Law Group, P.C.
P.O. Box 3394
Billings, MT 59103
Email: joe@raffianilaw.com

ATTORNEY FOR PETITIONER AND APPELLEE

By:_____
      Justin Stark

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
September 28 2023